UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DARIAN LEVON THOMAS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:23-cv-96-AMM-JHE |
| **CALHOUN COUNTY JAIL**, *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Darian Levon Thomas filed a *pro se* complaint and supplemental complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. Docs. 1, 26. On January 30, 2026, the magistrate judge entered a report recommending the court: (1) dismiss Mr. Thomas's claims against the Calhoun County Jail for failure to state a claim upon which relief may be granted; (2) grant defendants Chames's and Ray's motions to dismiss Mr. Thomas's claims against them under 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies; and (3) dismiss Mr. Thomas's claims against defendants Hardy and Queen under Federal Rule of Civil Procedure 4(m) for want of service. Doc. 45. Although the court advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds the following: (1) Mr. Thomas's claims against the Calhoun County Jail are due to be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted; (2) defendants Chames's and Ray's motions to dismiss Mr. Thomas's claims against them are due to be **GRANTED** under 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies and the claims are due to be **DISMISSED WITHOUT PREJUDICE**; and (3) Mr. Thomas's claims against defendants Hardy and Queen are due to be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for want of service.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 26th day of February, 2026.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE